IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CLUB 31 SPORTS BAR & LOUNGE, LLC a/k/a CLUB 31 SPORTS BAR & GRILL individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 4:20-CV-00397-BCW |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Club 31 Sports Bar & Lounge, LLC a/k/a Club 31 Sports Bar & Grill, hereby dismisses this action without prejudice. Defendant has not yet filed an answer or a motion for summary judgment in this action. Accordingly, Plaintiff is exercising its unilateral right to voluntarily dismiss this action without prejudice. This Notice of Voluntary Dismissal is effective upon filing and requires no motion or Court Order.

Dated: December 17, 2020　　　　　Respectfully submitted,

　　　　　**STUEVE SIEGEL HANSON LLP**

　　　　　*s/ Patrick J. Stueve*
　　　　　Patrick J. Stueve, MO Bar # 13847
　　　　　Bradley T. Wilders, MO Bar # 78301
　　　　　Curtis Shank, MO Bar # 66221
　　　　　Abby E. McClellan, MO Bar # 66069
　　　　　460 Nichols Road, Suite 200
　　　　　Kansas City, Missouri 64112
　　　　　Telephone:　816-714-7100
　　　　　Facsimile:　816-714-7101
　　　　　Email:　　　stueve@stuevesiegel.com
　　　　　Email:　　　wilders@stuevesiegel.com
　　　　　Email:　　　shank@stuevesiegel.com
　　　　　**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on December 17, 2020, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

                                      /s/ Patrick J. Stueve
                                      COUNSEL FOR PLAINTIFF